ALBANY,
Feb. 1810.

SIMPSON
v.
CARTER:

SIMPSON *against* CARTER.

After notice of argument of a cause in error on *certiorari*, the justice, on affidavit of imposition on him by the attorney, was allowed to apply for leave to amend his return, on giving notice of the application, &c. to the attorney of the plaintiff in error.

APPLICATION was made in this cause, in behalf of the justice, for leave to amend his return, on an affidavit, stating a gross imposition on the justice, in making it out. The cause had been noticed for argument, at the present term, and no notice had been given of this motion.

*Per Curiam.* Let the justice have leave to apply, at the next term, to amend the return, on giving notice to the attorney of the plaintiff in error, of the motion, and delivering to him a copy of the affidavit, on which the motion is to be grounded ; and, in the mean time, let all proceedings be stayed.